**No. P68/265.**—Amerex Trading Corp. *v.* United States, protest 66/13626 (New York).

FORD, J.    In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of nylon tights or leotards similar in all material respects to those subject of *Children's Hose, Inc.* v. *United States* (55 Cust. Ct. 6, C.D. 2547), the claim of the plaintiff was sustained.

**No. P68/266.**—Margro Trading Corporation et al. *v.* United States, protests 297534–K, etc. (New York).

BECKWORTH, J.    In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of bicycles, with or without tires having wheels in diameter (measured to the outer circumference of the tire) over 25 inches, weighing less than 36 pounds complete without accessories, and not designed for use with tires having a cross-sectional diameter exceeding 1⅝ inches and that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co., Mangano Cycles Co.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, JUNE 18, 1968

**No. P68/267.**—A. & P. Import Co. et al. *v.* United States, protests 63/3656, etc. (New York).

WATSON, J.    In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of wood louver doors similar in all material respects to those the subject of *B. A. McKenzie & Co., Inc.* v. *United States* (58 Cust. Ct. 460, C.D. 3020), the claim of the plaintiffs was sustained.